UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO RODRIGUEZ, | Case No.: 1:11-cv-01595-LJO-BAM (PC) |
| Plaintiff, | ORDER ADOPTIONG FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF CERTAIN DEFENDANTS |
| v. | |
| MARGARET MIMS, et al., | (ECF Nos. 1, 13, 15) |
| Defendant. | |

Plaintiff Leo Rodriguez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on September 21, 2011.

Plaintiff, now housed at Wasco State Prison, initiated this action while in custody at the Fresno County Jail. Following screening of Plaintiff's complaint, on May 17, 2013, the Magistrate Judge issued an order requiring Plaintiff to either file an amended complaint or notify the Court in writing that he was willing to proceed only against Defendant Umar. (ECF No. 13.) On May 30, 2013, Plaintiff notified the Court that he did not wish to file an amended complaint, but wanted to proceed against Defendant Umar. (ECF No. 14.) Accordingly, on June 6, 2013, the Magistrate Judge issued Findings and Recommendations that Defendants Margaret Mims, Michelle LeFors, Terry Ashmore

and Lieutenant Kurtz be dismissed from this action.[1] (ECF No. 15.) The Findings and Recommendations were served on Plaintiff and contained notice that any objections to the Findings and Recommendations should be filed within thirty (30) days after service. More than thirty days have passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on June 6, 2013, are adopted in full;

2. Defendants Margaret Mims, Michelle LeFors, Terry Ashmore and Lieutenant Kurtz are dismissed form this action based on Plaintiff's failure to state a cognizable claim against them; and

3. This action shall proceed on Plaintiff's complaint, filed on September 21, 2011, against Defendant Umar for violation of Plaintiff's First Amendment right to practice his religion.

IT IS SO ORDERED.

Dated: **July 17, 2013**        /s/ Lawrence J. O'Neill
                                UNITED STATES DISTRICT JUDGE

---

[1] By separate order, the Magistrate Judge issued an order finding service of the complaint appropriate for Defendant Ali M. Umar and forwarding service documents to Plaintiff for completion. (ECF No. 16.)