UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO RODRIGUEZ,<br><br>          Plaintiff,<br><br>     v.<br><br>MARGARET MIMS, *et al.*,<br><br>          Defendants.<br>_____ / | Case No. 1:11-cv-01595-LJO-BAM (PC)<br><br>ORDER REQUIRING DEFENDANT ALI M. UMAR TO SHOW CAUSE WITHIN THIRTY DAYS WHY DEFAULT SHOULD NOT BE ENTERED<br>(ECF No. 20)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SERVE COURTESY COPY ON THE FRESNO COUNTY MAIN JAIL |

On December 19, 2013, the United States Marshal mailed a waiver of service of summons to Defendant Ali M. Umar.  Defendant Umar signed the waiver on December 30, 2013, and the United States Marshal returned the executed waiver of service on January 10, 2014.  Plaintiff's answer to the complaint was due on or before February 17, 2014.

Accordingly, it is HEREBY ORDERED that:

1. Within **thirty (30) days** from the date of service of this order, Defendant Umar shall show cause why default should not be entered against him;

2. To facilitate his ability to comply with this order, Defendant Umar's obligation to respond to the complaint is extended thirty days from the date of service of this order; and

1

3. The Clerk's Office shall serve a courtesy copy of this order on the Fresno County Main Jail.

IT IS SO ORDERED.

Dated: **April 21, 2014**                     /s/ Barbara A. McAuliffe
                                                UNITED STATES MAGISTRATE JUDGE